**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 95-30228
Summary Calendar

_____

BOBBY GUILLORY,

Plaintiff-Appellant,

VERSUS

WEATHERFORD U.S., INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(CA 94 1297)

_____

September 1, 1995

Before DAVIS, BARKSDALE and DEMOSS, Circuit Judges.

PER CURIAM:[1]

The result in this case is controlled by <u>Cormier v. Clemco Services Corp</u>., 48 F.3d 179 (5th Cir. 1995), which was decided after the district court ruled that Guillory's action is time barred.  We therefore vacate the judgment of the district court and remand for further proceedings.

VACATED and REMANDED.

---

[1]Local Rule 47.5 provides:  "The publication  of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the Court has determined that this opinion should not be published.